1  Andrew S. Meyers, Esq.  (IN #31427-49)
     (admitted *Pro Hac Vice)*
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone:  317-363-2400
4  Fax:  317-363-2257
   E-Mail:  ameyers@schuckitlaw.com
5
   *Lead Counsel for Defendant Trans Union, LLC*
6
   Lauren E. Tate, Esq. (CSB #124483)
7  Tate & Associates
   1321 8th Street, Suite 4
8  Berkeley, CA  94710
   Telephone:  510-525-5100
9  Fax:  510-525-5130
   E-Mail:  ltate@tateandassociates-law.com
10
   *Local Counsel for Defendant Trans Union, LLC*
11

12
                     **UNITED STATES DISTRICT COURT**
13
                     **NORTHERN DISTRICT OF CALIFORNIA**
14
                              **SAN JOSE DIVISION**
15
   AMAL HUFANA,                        )  CASE NO.   5:15-cv-04335-RMW
16         Plaintiff,                  )
                                       )
17       vs.                           )  **JOINT NOTICE OF**
                                       )  **SETTLEMENT**
18  EXPERIAN INFORMATION SOLUTIONS, INC.;  )
    EQUIFAX, INC.; TRANSUNION, LLC;    )
19  CAPITAL ONE, NATIONAL ASSOCIATION; )
    CASHCALL, INC.; UNIVERSAL RECOVERY )
20  CORPORATION; and DOES 1 through 100, )
    inclusive;                         )
21         Defendants.                 )

22       Plaintiff, Amal Hufana, by counsel, and Defendant, Trans Union, LLC ("Trans Union"),

23  by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as

24  to all matters raised by Plaintiff against Trans Union only in this action.  Plaintiff will file a

25  stipulation of dismissal, dismissing her claims against Trans Union with Prejudice once the

26

27  settlement is consummated.

28

**JOINT NOTICE OF SETTLEMENT – 5:15-cv-04335-RMW**
                            Page 1 of 2

Respectfully submitted,

Date: December 14, 2015.

s/ Elliot W. Gale (w/consent)
Elliot W. Gale, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone: 408-279-2299
Fax: 408-279-2299
E-Mail: egale@sagarialaw.com

*Counsel for Plaintiff, Amal Hufana*

Date: December 14, 2015.

s/ Andrew S. Meyers
Andrew S. Meyers, Esq. (IN #31427-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: ameyers@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: ltate@tateandassociates-law.com

*Local Counsel for Defendant, Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*