1  Ramon Ramirez (State Bar No. 280772)
   ramonramirez@jonesday.com
2  Alyssa M. Staudinger (State Bar No. 300845)
   astaudinger@jonesday.com
3  JONES DAY
   3161 Michelson Drive, Suite 800
4  Irvine, CA  92612.4408
   Telephone:  +1.949.851.3939
5  Facsimile:  +1.949.553.7539

6  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
7  INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12

13 | AMAL HUFANA, | Case No. 5:15-CV-04335-RMW
   |              |
14 | Plaintiff,   | Assigned to Honorable Ronald M. Whyte
   |              |
15 | v.           | **STIPULATION AND [PROPOSED]**
   | EXPERIAN INFORMATION | **ORDER FOR DISMISSAL WITH**
16 | SOLUTIONS, INC. et al., | **PREJUDICE OF DEFENDANT**
   |              | **EXPERIAN INFORMATION**
17 | Defendants.  | **SOLUTIONS, INC.**

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Plaintiff Amal Hufana ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each side shall bear its own attorneys' fees and costs incurred herein.

Dated:  December 18, 2015

Respectfully submitted,

JONES DAY

By: /s/ *Ramon Ramirez*
    Ramon Ramirez

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated:  December 18, 2015

SAGARIA LAW, P.C.

By:  */s/ Elliot W. Gale*
     Elliot W. Gale

Attorneys for Plaintiff
AMAL HUFANA

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  _____

UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Ramon Ramirez, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On December 18, 2015, I served a copy of **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court for the Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Scott J. Sagaria
Elliot W. Gale
Joseph M. Angelo
Scott Matthew Johnson
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tel: 408.279.2288; Fax: 408.279.2299

*Attorneys for Plaintiff
AMAL HUFANA*

Lauren E. Tate
TATE AND ASSOCIATES
1321 Eighth St., Suite 4
Berkeley, CA 94710
Tel: 510-525-5100; Fax: 510-525-5130
Email: mkl@tateandassociates-law.com

*Attorneys for Defendant
Trans Union, LLC*

| | |
|---|---|
| Amanda N. Griffith<br>Andrew M. Steinheimber<br>ELLIS LAW GROUP LLP<br>740 University Ave, Ste 100<br>Sacramento, CA 95825<br>Tel: 916.283.8820<br>Fax: 916.283.8821<br>Email: agriffith@ellislawgrp.com<br><br>***Attorneys for Defendant***<br>***Universal Recovery Corporation*** | Andrew S. Meyers<br>SCHUCKIT ASSOCIATES PC<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>Tel: 317-363-2400; Fax: 317-363-2257; Email:<br>ameyers@schuckitlaw.com<br><br>***Attorneys for Defendant***<br>***TransUnion, LLC*** |
| Thomas P. Quinn<br>NOKES & QUINN<br>410 Broadway, Ste 200<br>Laguna Beach, CA 92651<br>Tel: 949.376.3500<br>Fax: 949.376.3070<br>Email: tquinn@nokesquinn.com<br><br>***Attorneys for Defendant***<br>***Equifax, Inc.*** | Chelsea L. Diaz<br>Hunter R. Eley<br>DOLL AMIR & ELEY LLP<br>1888 Century Park East, Ste 1850<br>Los Angeles, CA 90067<br>Tel: 310.557.9100<br>Fax: 310.557.9101<br>Email: cdiaz@dollamir.com<br>heley@dollamir.com<br><br>***Attorneys for Defendant***<br>***Capital One, National Association*** |

Executed on December 18, 2015, at Irvine, California.

*/s/ Ramon Ramirez*
Ramon Ramirez