THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN JOSE)

| | |
|---|---|
| AMAL HUFANA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al.,<br><br>　　　　　Defendants. | Case No.: 5:15-cv-04335-RMW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY** |

Plaintiff Amal Hufana, by counsel, and Defendant Equifax Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiff's cause against Equifax Inc. only should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

- 1 –
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY – Case No. 5:15-cv-04335-NC**

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

Respectfully submitted,

Date: January 5, 2016        .        /s/ *Elliott W. Gale (w/consent)*
Scott J. Sagaria, Esq. (217981)
Elliott W. Gale, Esq.  (263326)
Joseph B. Angelo, Esq.  (268542)
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  (408) 279-2288
Fax:  (408) 279-2299

*Counsel for Plaintiff Amal Hufana*

Date: January 5, 2016        /s/ Thomas P. Quinn, Jr.
Thomas P. Quinn (132268)
Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax:  (949) 376-3070
Email:  tquinn@nokesquinn.com

*Counsel for Defendant Equifax Inc.*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY –  Case No. 5:15-cv-04335-NC**

1   PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax Inc. is
2   dismissed with prejudice.  Plaintiff Amal Hufana and Defendant Equifax Inc. shall
3   each bear their own costs and attorneys' fees.

5   Date: _____                    _____
                                        Honorable Ronald M. Whyte
6                                       United States District Court Judge

8   DISTRIBUTION TO ALL COUNSEL OF RECORD BY CM/ECF

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 3 –
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY – Case No. 5:15-cv-04335-NC**

# CERTIFICATE OF SERVICE
## Hufana v. Experian Information Solutions, Inc, et al.
## Case No.: 5:15-cv-04335-RMW

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **January 5, 2016**, I served a true copy of:
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Jennifer J. Maston
JENNIFER J. MASTON

Place of Mailing: Laguna Beach, California.

Executed on **January 5, 2016,** at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

# SERVICE LIST

| | |
|---|---|
| Scott J. Sagaria, Esq.<br>Elliott W. Gale, Esq.<br>Joseph B. Angelo, Esq.<br>Scott M. Johnson, Esq.<br>Sagaria Law, P.C.<br>2033 Gateway Place, 5th Floor<br>San Jose, CA  95110<br>Tel: (408)279-2288<br>Fax: (408)279-2299<br>Email: sjsagaria@sagarialaw.com<br>Email: egale@sagarialaw.com<br>Email: jangelo@sagarialaw.com<br>Email: sjohnson@sagarialaw.com<br>***Attorneys for Plaintiff,***<br>***Amal Hufana*** | Andrew S. Meyers, Esq.<br>Schuckit Associates PC<br>4545 Northwestern Drive<br>Zionsville, IN  46077<br>Tel: (317)363-2400<br>Fax: (317)363-2257<br>Email: ameyers@schuckitlaw.com<br>***Attorneys for Defendant,***<br>***Trans Union, LLC***<br><br>Lauren E. Tate, Esq.<br>Tate and Associates<br>1321 Eighth Street, Suite 4<br>Berkeley, CA  94710<br>Tel: (510)525-5100<br>Fax: (510)525-5130<br>Email: ltate@tateandassociates-law.com<br>***Attorneys for Defendant,***<br>***Trans Union, LLC*** |
| Hunter R. Eley, Esq.<br>Chelsea L. Diaz, Esq.<br>Doll Amir & Eley LLP<br>1888 Century Park East, Suite 1850<br>Los Angeles, CA  90067<br>Tel: (310)557-9100<br>Fax: (310)557-9101<br>***Attorneys for Defendant,***<br>***Capital One Bank (USA) N.A.*** | Ramon Ramirez, Esq.<br>Alyssa M. Staudinger, Esq.<br>Jones Day<br>3161 Michelson Drive, Suite 800<br>Irvine, CA  92612-4408<br>Tel: (949)851-3939<br>Fax: (949)553-7539<br>Email: ramonramirez@jonesday.com<br>Email: astaudinger@jonesday.com<br>***Attorneys for Defendant,***<br>***Experian Information Solutions, Inc.*** |

/ / /

/ / /

/ / /

/ / /

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 3 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

1  Mark E. Ellis, Esq.
2  Andrew M. Steinheimer, Esq.
   Amanda N. Griffith, Esq.
3  Ellis Law Group LLP
   740 University Avenue, Suite 100
4  Sacramento, CA  95825
5  Tel: (916)283-8820
   Fax: (916)283-8821
6  Email: mellis@ellislawgrp.com
7  Email: asteinheimer@ellislawgrp.com
8  Email: agriffith@ellislawgrp.com
   ***Attorneys for Defendant,***
9  ***Universal Recovery Corporation***

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 4 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY